Charles A. SISSON; Maralee
M. Sisson, Appellants

v.

COMMISSIONER OF INTERNAL
REVENUE, Appellee.

No. 14–1221.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 17, 2014.

Filed: Oct. 24, 2014.

Charles A. Sisson, Fairfax, VA, pro se.

Maralee M. Sisson, Minneapolis, MN, pro se.

Bruce R. Ellisen, Marion E.M. Erickson, Gilbert Steven Rothenberg, Deputy, U.S. Department of Justice, William Wilkins, Internal Revenue Service, Washington, DC, for Appellee.

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

[Unpublished]

PER CURIAM.

Charles and Maralee Sisson appeal from an order of the Tax Court[1] denying their motion for leave to file a motion to correct purported inaccuracies in a hearing transcript. After careful review, we find no basis for reversal, given that the specific relief the Sissons seek could not have any

---

1. The Honorable Robert N. Armen, Jr., United States Tax Court Judge.

effect on the matters at issue in this case. *See Doe v. Nixon,* 716 F.3d 1041, 1051 (8th Cir.2013) (noting that a federal court does not have authority to give opinions on moot questions or abstract propositions that cannot affect the matter at issue in the case before it).

Accordingly, we affirm.